IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON KARROLL, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA BURDETTE Trustee of the Bankruptcy Estate of Wireless Advocates, LLC,<br><br>Defendant. | Bank. Case No. 23-10117-TWD<br>Bank. Adv. Proc. No. 23-01005-TWD<br><br>**Case No. 2:23-cv-01050-JHC**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO APPEAL** |

THIS MATTER comes before the Court on the Defendant's Motion for Leave to Appeal. Dkt. # 1 (Bank. Adv. Proc. No. 23-01005 at Dkt. # 38). The Court has considered the materials filed in support of and in opposition to the motion, the rest of the case file, and the applicable law. Being fully advised, the Court GRANTS the motion.

For the reasons argued by the Trustee, the Trustee is granted, under 28 U.S.C. § 158(a)(3)

ORDER GRANTING MOTION FOR LEAVE TO APPEAL - 1

and Bankruptcy Rule 8004, leave to appeal the Bankruptcy Court's Oral Ruling and Order Granting Defendant's Motion to Dismiss with Leave to Amend (Bank. Adv. Proc. No. 23-01005 at Dkt. ## 24 and 25).

DATED this 23rd day of August, 2023.

_John H. Chun_
John H. Chun
United States District Judge